

John ALOTTA, Jr., Claimant–Appellant,

## CHARLES E. HILL & ASSOCIATES, INC., Plaintiff–Appellee,

v.

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

## COMPUSERVE INCORPORATED and Compuserve Interactive Services, Inc., Defendants–Appellants.

No. 04–7011.

No. 04–1127.

United States Court of Appeals, Federal Circuit.

United States Court of Appeals, Federal Circuit.

March 9, 2004.

March 8, 2004.

ON MOTION

ON MOTION

*ORDER*

*ORDER*

Upon consideration of John Alotta, Jr.'s unopposed motion to voluntarily dismiss his appeal,

Upon consideration of Compuserve Incorporated et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

IT IS ORDERED THAT:

(1) The motion is granted.

(1) The motion is granted.

(2) Each side shall bear its own costs.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot.

## MICROTUNE (TEXAS), L.P., Plaintiff–Appellee,

v.

## BROADCOM CORPORATION, Defendant–Appellant.